AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Wilus Institute of Standards and Technology Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00746 |
| Samsung Electronics Co., Ltd., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.

Date: 09/11/2024

/s/ Dale Chang
*Attorney's signature*

Dale Chang, CA SBN 248657
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90024
*Address*

dchang@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

*FAX number*

Print    Save As...    Reset