AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Wilus Institute of Standards and Technology Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00746-JRG-RSP |
| Samsung Electronics Co., Ltd., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.                                                        .

Date:   09/13/2024                         /s/ Jacob R. Buczko
                                                             *Attorney's signature*

                                                             Jacob R. Buczko, CA SBN 269408
                                                             *Printed name and bar number*

                                                             Russ August & Kabat
                                                             12424 Wilshire Blvd, 12th Floor
                                                             Los Angeles, CA 90024
                                                             *Address*

                                                             jbuczko@raklaw.com
                                                             *E-mail address*

                                                             (310) 826-7474
                                                             *Telephone number*

                                                             
                                                             *FAX number*