| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>　*Telephone No:* 310-826-7474<br>　*Attorney For:* Plaintiff　　*Ref. No. or File No.:* WILUS V SAMSUNG | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
for the Eastern District of Texas

*Plaintiff:* Wilus Institute of Standards and Technology Inc.
*Defendant:* Samsung Electronics Co., Ltd., et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-00746-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Appearance Of Counsel re: Neil A. Rubin; Appearance Of Counsel re: Reza Mirzaie

3. a. Party served: Samsung Electronics America, Inc.
   b. Person served: William Miller, authorized to accept service for CT Corp., Agent for Service of Process

4. Address where the party was served: 1999 Bryan Street, Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Sep 16 2024 (2) at: 11:25 AM

6. **Person Who Served Papers:**
   a. Kim Shaw
   **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $345.16

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



09/19/2024
(Date)　　　　　　　　(Signature)



PROOF OF SERVICE

11799411
(5884522)