IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Action No. 2:24-cv-00746-JRG-RSP |

**ORDER**

Before the Court is Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. (**Dkt. No. 10**.) After considering the same, the Court is of the opinion that the Motion should be **GRANTED**.

The deadline for Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. to answer or otherwise respond to Plaintiff's Complaint is hereby extended to January 6, 2025.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Company, Ltd. has been waived.

**SIGNED this 2nd day of October, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE